JESIMON CORPORATION et al., Respondents, *v.* PETER DOELGER BREWING COMPANY, INC., Appellant.

(Argued October 20, 1930; decided November 18, 1930.)

*Michael J. Horan* for appellant.

*George D. Zahm, William Roth* and *Leon London* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.